UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:18-cr-159-Orl-37LRH

CHARLTON MORRIS

### ORDER

The Government moves for final judgment of forfeiture of Defendant's property located at 243 Buttonwood Ave, Winter Springs, Florida, 32708 ("**Buttonwood Property**"). (Doc. 71 ("**Motion**").) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends granting the Motion. (Doc. 85 ("**R&R**").)

The parties and claimants did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

It is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 85) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The United States' Motion for Final Judgment of Forfeiture for the Real Property Located at 243 Buttonwood Ave, Winter Springs, FL (Doc. 71) is **GRANTED**.

3. The Court **FINDS** the claims of the Seminole Tax Collector, Trustco Bank, and Doreen Fahad (via the Doreen Beth Fahad Revocable Trust) are valid and enforceable.

4. Pursuant to 21 U.S.C. § 835(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), Defendant Charlton Morris' one-half interest in the Buttonwood Property is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

5. The United States is **DIRECTED** to:

    a. Sell the Buttonwood Property in a commercially feasible manner and divide the net proceeds—which shall include the sales price less the satisfaction of all lines (including Trustco Bank's mortgage) and taxes (including the Seminole County Tax Collector's claim), and the costs of possession, maintenance, repair, marketing, and sale of the property—equally with Doreen Fahad (via the Trust), pursuant to 21 U.S.C. § 835(h);

    b. Provide Trustco Bank with an accounting of all expenses incurred in the forfeiture and sale of the Buttonwood Property.

    c. Provide a copy of this Order to Trustco Bank, the Seminole County Tax Collector, and Doreen Fahad. The United States shall file a notice on the docket by **Friday, May 22, 2020**, stating its compliance with this directive.

6. Doreen Fahad is **DIRECTED** to provide all information and execute any

documents necessary to facilitate the sale.

7. All persons residing in the Buttonwood Property are **DIRECTED** to vacate the property within sixty (60) days from the entry of this Order in order to facilitate the sale.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 15, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record